CHICAGO, ROCK ISLAND & PACIFIC RAILWAY COMPANY v. JOSEPH BACHMAN.

FILED MARCH 6, 1894. No. 5193.

ERROR from the district court of Pawnee county. Tried below before APPELGET, J.

*M. A. Low* and *W. F. Evans,* for plaintiff in error.

*D. D. Davis* and *Daniel F. Osgood, contra.*

POST, J.

The issues and essential facts of this case are identical with the case of *Chicago, R. I. & P. R. Co. v. Shepherd,* 39 Neb., 523, decided at this session, and for reasons stated therein the judgment of the district court is

REVERSED.